UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN HONDA FINANCE CORPORATION,<br><br>Defendant. | Case No. CV 15-05264 MMM (RAOx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

    Plaintiff United States of America and Defendant American Honda Finance Corporation have filed a Joint Stipulation for Dismissal With Prejudice.

    Having considered the parties' Stipulation, and good cause appearing,

IT IS HEREBY ORDERED that this matter is dismissed with prejudice.

Dated: March 15, 2022

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL WITH PREJUDICE